UNITED STATES BANKRUPTCY COURT
STATE OF IDAHO

IN RE: )
)   Case No.  10-21457 TLM
PATRICK C HANSON and )   Chapter: 7
LORENA L. HANSON, )
)
Debtors. )
_____ )

**ORDER GRANTING RELIEF FROM SECTION 362 STAY**

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by U.S. Bank, N.A. ("Movant"), Docket #56 ('Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objection having been raised, and good cause existing:

**IT IS HEREBY ORDERED:**

The automatic stay imposed by 11 U.S.C. §362 (a) is hereby terminated as to Movant and to the subject property described as:

Real property located at **2520 Grenoble Lane, Coeur D Alene, Idaho** and legally described in the Deed of Trust.

**\*IT IS FURTHER ORDERED** that the stay imposed by F.R.B.P. 4001(a)(3) is hereby waived and this order shall be effective immediately.  //end of text//

DATED:  June 20, 2011

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:
JUST LAW OFFICE
STEVEN W. BOYCE—ISB No. 5243
Attorney for U.S. Bank, N.A.